Nov-24-04   14:16   From-1001

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

GREG BURRUS                          )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )    CASE NO. 03-3225
                                     )
GREAT WESTERN PRODUCTS CO.           )
                                     )
                Defendant.           )

## AFFIDAVIT OF BOB ROESE

Bob Roese, upon his oath, affirms and states the following:

1.      My name is Bob Roese. I am over 21 years old, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated in this Affidavit, and they are all true and correct.

2.      I am employed by Great Western Products Company, Inc. ("Great Western" or "Company") as the Plant Manager of its Assumption, Illinois facility. As the Plant Manager, I administer and supervise the operations of Great Western's Assumption plant, including the Assumption facility's human resources functions. In my role as the Assumption facility's Plant Manager, I supervised Greg Burrus ("Burrus") from approximately January of 2003 until Burrus' resignation in February of 2003.

3.      On or about February 13, 2003, Burrus signed documents indicating that he wished to resign his employment with Great Western.

4.    I accepted Burrus' resignation because, in light of his two previous

resignation attempts, it was apparent that Burrus was struggling with his job and did not desire to

remain with the Company.

5.    My acceptance of Burrus' February of 2003 resignation had absolutely

nothing to do with (a) any workplace concerns that Burrus may have raised during his

employment, including any issues about fumigated popcorn, loose product container lids, or mis-

marked cheese, or (b) the Assumption facility's July 2002 OSHA investigation.

I affirm, under the penalties for perjury, that the foregoing representations are

true. Executed this 29 day of November, 2004.

Bob Roese

INIMAN2 902692v1

2