25 E-FILED
Wednesday, 08 December, 2004 01:07:50 PM
Clerk, U.S. District Court, ILCD

1      Q.    You weren't doing that before?

2      A.    To my best ability, yes.

3      Q.    What changed when Reg came on board?

4      A.    Overstocking of products, which that

5   was in purchasing.  We would have 13, 14 loads

6   of chips on the floor at one time, and at the

7   same time you're processing your oil, and your

8   sauce, and your corn.  It was just so

9   unorganized.  After a period of time it was

10   almost impossible to rotate your stock.

11      Q.    So, you were having a hard time

12   rotating it because?

13      A.    Due to space.

14      Q.    This is something Mr. Bryant wanted

15   to change?

16      A.    Right.  He wanted to go with the

17   different way of doing it, tried to tell me

18   how he wanted it done, and I tried to

19   correspond and do it the way he wanted to do

20   it.  It was almost impossible due to space.

21      Q.    What did he tell you that he wanted

22   done differently that you had to try to

23   implement?

24      A.    Straighten up the place,

1      Q.    Was that part of the reason that you

2    had walked off the facility in July because of

3    the stress that you were experiencing?

4      A.    No.  It was the idea that I was

5    supposed to be their supervisor, and there was

6    another man out there, which he knows who he

7    was, out there directing my people, which made

8    me feel like I was no longer needed to be

9    their manager.  He wanted to take over and do

10   the job.  Well, then he can take her over.

11   That day I got upset and I went home.

12     Q.    But your testimony is you didn't quit

13   then?

14     A.    No, I didn't quit.  I just went home.

15   I didn't sign no papers saying I quit.

16     Q.    You were off for how many days then

17   after you went home?

18     A.    I think it was a Thursday when I

19   left, and I took off Friday, and came back

20   Monday.  Might have been Friday when I left.

21   I come back on a Monday.  I know that.

22     Q.    Now, Mr. Burrus, in this lawsuit that

23   you filed against Great Western, you alleged

24   that there was a shipment that was discovered

1    of corn that was infested with weevil bugs?

2        A.    Uh-huh.

3        Q.    Do you know the allegation I am

4    speaking of?

5        A.    Yes, I do.

6        Q.    When did that occur?

7        A.    That occurred around the same time

8    that we was doing these receiving reports,

9    or receiving evaluations and shipping

10   evaluations.  Tony from Hollywood called me

11   and gave me a heads up that there was 35 pound

12   bags of PA popcorn that was to be dumped and

13   fumigated.

14       Q.    You said Tony from Hollywood?

15       A.    Yes.  He was shipping manager down

16   there.

17       Q.    What was his last name?

18       A.    Tony is all I knew him by.  I didn't

19   work with the man.  I just asked for Tony,

20   Tony Wheeler.

21       Q.    Wheeler?

22       A.    I believe so, yes.

23       Q.    Now, he calls you and tells you there

24   are 35 pound?

1          A.    Thirty-five pound bag, 70 bags coming

2    back, one pallet.   Thirty-five pounds was

3    shipped, that's 70 bags on a pallet.

4          Q.    These half pound bags?

5          A.    Thirty-five pound bags.

6          Q.    So, there is 70 35 pound bags --

7          A.    Right.

8          Q.    -- shipped on a pallet?

9          A.    Yes.

10          Q.    Give me the time frame, is this June,

11    July, August, September?

12          A.    I want to say around September, but

13    we can't go by that.   Like I said, I can't

14    recall dates.

15          Q.    Why was Hollywood shipping it to

16    Assumption?

17          A.    Because that's the processing plant

18    that does the popcorn and fumigates it.

19          Q.    Had the corn originated in

20    Assumption?

21          A.    Yes, sir.

22          Q.    You shipped it down to Hollywood?

23          A.    Right.

24          Q.    He said now it needed to be

1    fumigated?

2        A.    I shipped it down there, yeah, and it

3    come back.

4        Q.    He is sending it back to you.    What

5    does he tell you when he calls you?

6        A.    He says I have a pallet of 35 pound

7    bags of corn coming back, it is old.    It has

8    weevil in it.    It starts out with worms,

9    little white worms on the shrink wrap that you

10   can see plain as day.    Me and a coworker

11   Beverly Beck took it to Phil Uphoff.    Phil

12   Uphoff said just cut the shrink wrap off,

13   restack the pallet, cut the shrink wrap off,

14   and ship it back.

15       Q.    What was Phil Uphoff's position?

16       A.    Phil Uphoff's position was corn

17   manager at that time, and Bob Roese took his

18   job over so Phil could see his overseeing of

19   his corn, because he had a lot of corn out

20   there that he wasn't, had the proper procedure

21   of running air on it.

22       Q.    So, he was the corn manager?

23       A.    I reported that me and Bev took that

24   pallet of corn up to Phil Uphoff.

1      Q.    What was Bev's last name?

2      A.    Beverly Beck.

3      Q.    Beverly Beck, okay.

4      A.    He was in the chemical room at the

5   time.  He was frustrated over something.  He

6   just said just ship it back.  That same pallet

7   of corn was shipped back to us.

8      Q.    So, he said take shrink wrap off,

9   restack it?

10     A.    Wrap it.

11     Q.    Rewrap it, and ship it back?

12     A.    Right.

13     Q.    After you took the shrink wrap off,

14  did you see any infestation in the corn?

15     A.    Yes, you could see the worms on the

16  bags.  It didn't go to a customer.  It went

17  to our warehouse in Hollywood, Alabama.

18  That's when the crap hit the fan, and Tony

19  sent it back again.  That pallet of corn was

20  taken back into the production room, and sat

21  for probably two months before they dumped it

22  up.

23     Q.    So, you did what Phil Uphoff told

24  you --

1          A.    I did what Phil --

2          Q.    Let me finish my question.  You did

3    what Phil Uphoff told you to do?

4          A.    Uh-huh.

5          Q.    You shipped it to Hollywood?

6          A.    Right.

7          Q.    Then later on, a week later, two

8    weeks later, a month later, I don't know how

9    long, how long was it?

10         A.    A couple weeks prior to that it come

11   right back with the same code date because you

12   went by code dates.  You had to record that

13   code date when you shipped it out.  I have no

14   paperwork on that, because I was told to clean

15   my desk out, and head out to the warehouse,

16   which you will have a desk out there and a

17   phone, which I never got.

18         Q.    So, you sent it to Hollywood.  A

19   couple weeks later it comes back because it is

20   infested with these weevils?

21         A.    Sure, and why didn't you do what you

22   was told to do.

23         Q.    Okay.  Who did you talk to in

24   Hollywood that sent it back to you?  Was that

1    Mr. Wheeler again?

2        A.   Yes, again.

3        Q.   What did he say to you?

4        A.   This pallet of corn is back again.  I

5    said I know, I went to Phil.  He said it was

6    okay.

7        Q.   So, he sends it back.  You take it,

8    and then do you take it back to Phil?

9        A.   I took it back there, and put it in

10   the room.  That's when they didn't like my

11   procedure then.  See, they was higher up than

12   me.

13       Q.   Let's slow down here.  Who is they

14   that didn't like that you took it, put it in

15   the room?

16       A.   Phil didn't like it.  The people that

17   was running the corn didn't like it.

18       Q.   You put it in the production room?

19       A.   I put it where they store the corn in

20   the corner, put a red tag on it.

21       Q.   To be what, fumigated?

22       A.   Yes, sir.

23       Q.   Did it get fumigated?

24       A.   Not to my knowledge, no.

1      Q.    Do you know what happened to it?

2      A.    No.

3      Q.    You don't know if it got fumigated or

4    not.  You don't know if it was ever shipped

5    out or not?

6      A.    I don't know if they dumped it, what

7    they did with it.  Warehouse is here, you

8    drive through here, you got production here.

9    The far building is where they done the corn.

10   Things have been changed around since then.

11     Q.    But you took it where they store the

12   corn, and you don't know what happened to it

13   after that?

14     A.    I put a red tag on it.

15     Q.    You put a red tag.  Did you talk with

16   Mr. Uphoff about it?

17     A.    I talked to, I think I talked to

18   Reggie about it.  Yes, I did talk to Reggie

19   about it.

20     Q.    Tell me about your conversation with

21   Reg Bryant about this corn that came back from

22   Hollywood.

23     A.    He told me that I didn't need to

24   worry about that, and that Phil better go with

1    detail sheet says to be done, and he ignored

2    it.

3        Q.    When you say he ignored it, you don't

4    know what he did with it?

5        A.    No, I don't know what he did with it

6    after that.    They might have dumped it up for

7    hog feed for all I know.

8        Q.    You just don't know?

9        A.    I am on this other end.    I am running

10   around like a chicken with my head cut off.

11       Q.    You don't know if Phil agreed or

12   disagreed with what the transfer sheet said to

13   do?

14       A.    He disagreed the first time, yeah.

15       Q.    You don't know what he did the second

16   time?

17       A.    I don't know what he did the second

18   time with it, no.    I think he probably took

19   care of it.

20       Q.    But you didn't have any more

21   discussion with him about it after that?

22       A.    No, no, there was more that came back

23   in.    Robert Lee gave me a heads up that I got

24   a load of corn coming in that's infested with

1    weevil.  Actually it wasn't weevil.  They are

2    worms, and they turn into weevil, and that I

3    was to get it off the trailer, and store it to

4    where it could be treated with what they call

5    a fox toxin, which I had a storage trailer

6    that I found out back, backed it up to the

7    dock, put that corn in the trailer, and that

8    corn sat for two or three months before they

9    even got around to putting fox toxin in there.

10   That was his part of the job.  My job was

11   receive the stuff in, and ship out the right

12   product.  There was many trailer loads of corn

13   that was infested.

14       Q.    You said Robert Lee called you?

15       A.    Uh-huh, he was dispatcher.

16       Q.    From where, Hollywood?

17       A.    Hollywood.

18       Q.    This was corn that had gone to

19   Hollywood facility?

20       A.    It had come back from customers.

21       Q.    So, it came back from customers, but

22   this was the first you knew that it was

23   infested?

24       A.    Well, yeah.

1       Q.    It comes back?

2       A.    The 50 pound bags of corn, yeah.

3       Q.    You didn't send any infested corn to

4    customers that you knew about, did you?

5       A.    Not to my knowledge, no.  I mean

6    other than the 70 pound, the 35 pound bags of

7    corn.

8       Q.    Those went to Hollywood to the

9    warehouse, and they came right back?

10      A.    Distributed out to their customers.

11      Q.    They didn't get distributed because

12   they sent them back to me.

13      A.    They sent them back to me, and they

14   called for transfer detail sheet saying they

15   need one pallet of 35 pound bags of corn.

16   That was the same pallets that should have

17   been fumigated and wasn't.

18      Q.    But then those came back?

19      A.    They came back the second time.

20      Q.    As far as you know they didn't go to

21   any customers?

22      A.    No.

23      Q.    So, these other ones that the

24   dispatcher called you on, said that they are

1    infested, these were the 50 pound bags?

2        A.    Uh-huh.

3        Q.    You need to say yes.

4        A.    Yes.

5        Q.    So, you were told to store them in a

6    trailer?

7        A.    Uh-huh.  Yes, I was told to get them

8    off the trailer, store them somewhere in a

9    confined area, and get the trailer cleaned out

10    and ready for another shipment of product to

11    go out, food product to go back out.

12        Q.    You were told to store them in a

13    confined area so that they would be segregated

14    from the other good product?

15        A.    Right.

16        Q.    Ultimately they were treated with fox

17    toxin?

18        A.    Fox toxin, it is a pill form that

19    dissolves, that turns to ash.

20        Q.    But it is to rid the corn of the

21    problem?

22        A.    It basically kills the worms, and

23    then they run it through a bulk tank, and run

24    a gas called bromine.

1    Hollywood?

2        A.   Yes.

3        Q.   He didn't tell you to ship it to a

4    customer?

5        A.   At that point it is going to go to a

6    customer.

7        Q.   In that case it did not.  It came

8    back from Hollywood?

9        A.   It came back from Hollywood.  It was

10   shipped back from Hollywood, from Hollywood.

11   I don't know if it was going to a customer or

12   not.

13       Q.   As far as you know none of it went to

14   a customer because it all came back to

15   Assumption to be fumigated?

16       A.   Yes, yes, that was the corn

17   processing plant.  They didn't process corn in

18   Hollywood.

19       Q.   Other than Reg Bryant did you ever

20   talk with anyone about Phil Uphoff and this

21   infested corn that he told you just to ship

22   back to Hollywood?

23       A.   Scott Martin.

24       Q.   Who is Scott Martin?

1          A.    Scott Martin was the president that's

2    no longer there.

3          Q.    When did you talk with Mr. Martin?

4          A.    After many occurrences of the corn

5    being infested with weevil.

6          Q.    Was this when Uphoff was the general

7    manager?

8          A.    He was doing both jobs at that point

9    probably.

10          Q.    Then what time frame are we talking

11    about here when you would have talked to Mr.

12    Martin?

13          A.    I am going to say after the third

14    time of them not going through the procedure

15    of the corn, because it says in the handbook

16    if you don't get nowhere with your manager, to

17    call the president at that point, which would

18    have been probably let's say around September.

19          Q.    So, approximately September of 2002?

20          A.    Yes.

21          Q.    You say the third time, the third

22    time with Mr. Uphoff and the popcorn?

23          A.    With the fumigation ordeal, yes,

24    about the third time.

1    clean out the trailer, and find some storage

2    space?

3        A.    Which I did, which I had a closed in

4    refrigerator unit, a storage trailer I had in

5    there, and it was put in there.

6        Q.    Nobody had told you to ship that corn

7    back out?

8        A.    No, I didn't ship that corn.  It was

9    bad.

10       Q.    So, are you just talking about three

11   instances where there was infested corn?  Is

12   that what you call the three incidents?

13       A.    To my knowledge when I could see the

14   infestment of the corn.  There was a lot of

15   complaints about the corn being infested.

16       Q.    So, you were calling Mr. Martin

17   because there was a problem of how they were,

18   how the corn, or Mr. Uphoff was storing corn

19   that would cause it to be infested, or what

20   was the purpose of calling Mr. Martin?

21       A.    Telling him the problem wasn't ceased

22   yet.  I am still seeing weevil.  They process

23   the corn, and put it in the racks.  It might

24   sit there for awhile, and we have to cut the

1    shrink off because it had a little dust on it.

2    Restack it.  There could have been some mice

3    droppings that might got in there.  That was

4    the procedure, restack it.

5        Q.   Did you talk to Mr. Bryant about this

6    issue?

7        A.   There was no communication with me

8    and Reggie.  He didn't want -- I couldn't talk

9    to the man.

10        Q.   So, I take it that you didn't talk to

11    him about this issue?

12        A.   I could not never get a hold of him.

13        Q.   You told me earlier you had talked to

14    him about the shrink wrap issue with Mr.

15    Uphoff, and he agreed with you that that corn

16    needed to be fumigated?

17        A.   That was about the only time I was

18    able to talk to Reg.  After that there was no

19    communication with me and Reg on the

20    infestation of the corn.

21        Q.   But he was in agreement with how you

22    wanted, how you thought it should be handled?

23        A.   I said whatever Tony said that's what

24    needed to be done, just like I said a moment

1    ago.

2        Q.    So, you go ahead and call Mr. Martin

3    on the telephone.  Is that what you did?

4        A.    Uh-huh.

5        Q.    Tell me about that conversation with

6    Mr. Martin.

7        A.    Mr. Martin, he said you need to

8    report to Reggie.  I said well, I have tried

9    to, but there is no communication with Reggie.

10   You always get his voice mail, have him return

11   your calls.  He would not return my calls.  He

12   was more into active transportation, the

13   trucking company.  He was trying to bring them

14   out of a bind that they was in.

15       Q.    What else did Mr. Martin say, if

16   anything?

17       A.    You disagree with Reg.  I said yes, I

18   do.

19       Q.    How did you disagree with Reg?

20       A.    On the way that they wanted to do the

21   processing and the things with corn.

22       Q.    What did you and Reg disagree about?

23       A.    That the corn being shipped out was

24   infested with weevil, and it needed to be

1      Q.    Mr. Burrus, did you ever talk with

2    Bob Roese about any of these issues relating

3    to any infestation in popcorn?

4      A.    Yes.

5      Q.    When did you do that?

6      A.    Probably when we had the problems.  I

7    would have to look at my paperwork.  I don't

8    recall it right now the dates.  Like I say, I

9    can't recall dates, but yes, me and Bob has

10   talked, and Bob told me it was Phil's problem

11   to take care of it.

12     Q.    So, Mr. Roese like Mr. Bryant agreed

13   with you that it needed to be taken care of?

14     A.    We are a little bit too far into

15   this.  At this certain point where we are at I

16   was informed through Reg Bryant that I had to

17   go through Bob Roese, which you know that,

18   Bob, is that correct?

19             MR. WILSON:  You can't ask him

20   questions.

21     A.    At this point now we got too far to

22   where Reg is out of the picture now, and now I

23   have to deal with Bob, because Reg said here,

24   I am down here in Hollywood, and now Bob Roese

1    is going to be your boss. You and Bob have to

2    work together.

3         Q.   Right.  At a certain point Mr. Roese

4    became your boss, your supervisor?

5         A.   Right.

6         Q.   And you would have had a discussion

7    with him at that time about the infested

8    popcorn?

9         A.   Yeah, Bob was aware of the 70 pound

10    bags of corn we had took back up there.

11         Q.   He agreed with you that Uphoff needed

12    to correct the problem?

13         A.   Yes, naturally.

14         Q.   So, you didn't have any issue with

15    Mr. Roese about how infested popcorn should be

16    handled?

17         A.   No, it wasn't me and his job, we were

18    not, we didn't take no schooling to take care

19    of infested corn.

20         Q.   But you didn't have any disagreement

21    as to what you all considered would be the

22    proper treatment of the popcorn, that it

23    needed to be fumigated or debugged?

24         A.   That wasn't our call.

1    Q.   You both agreed that --

2    A.   If you have infested corn, you take

3    it to the man that has to take care of it.  It

4    wasn't our call.  Our call was that the corn

5    was infested, do not ship it out.

6    Q.   Mr. Roese would agree and you agreed

7    on that?

8    A.   Right, we sure did.

9    Q.   Now, you have also made some

10   allegations in this lawsuit, Mr. Burrus, that

11   there were certain shipments of jalapeno

12   peppers that had a problem with the lids

13   coming off.

14   A.   Many, many, many shipments.

15   Q.   What was the nature of that problem?

16   Can you describe it for me.

17   A.   The lids was popping off.

18   Q.   These would be peppers that you would

19   buy from a vendor?

20   A.   Yes.

21   Q.   Do you recall who the vendor was?

22   A.   We got them from a few different

23   vendors, Louisiana Foods.  At this point I

24   don't have that information, but I can get

```
 1    it.

 2         Q.    Whatever you can recall is fine.

 3    Would they pop off during shipment, or while

 4    they were in storage?  When would this pop off

 5    of the lids occur?

 6         A.    After storing them awhile I think

 7    they got hot, and they would pop off to the

 8    point where at the vendor they wasn't getting

 9    the lids tight enough.  At one point they had

10    some go bad where we had to lay out like three

11    truck loads of them, and we all went through,

12    and they brought like five people in.  We

13    would pull a jar out of every case, and they

14    had a taste sample.  They would all taste

15    them.  They tasted good, put the lid on, and

16    ship them out.

17         Q.    What was the issue with the jalapeno

18    peppers with the lids coming off?  What was

19    the concern that you had about that?

20         A.    You don't want -- when you send a

21    container to Germany, and they open the door,

22    you don't want a bunch of peppers falling on

23    them.  That was my concern.

24         Q.    Did that occur?
```

1          Q.    Did anybody at Great Western indicate

2     to you that it wasn't a problem, don't worry

3     about it?

4          A.    Yeah, it was a problem.  I take care

5     of it, do what you got to do.  If you had a

6     bad pallet of peppers, don't ship them out,

7     short the customer.

8          Q.    That's what you were instructed, if

9     you had a bad pallet, you should not ship it

10    to customers?

11         A.    Right, but when you load a container

12    from Assumption, Illinois, and it goes on rail

13    all of the way to Dachau, Germany, and it gets

14    on the other end, I don't know what it looks

15    like.  They never sent me to Germany.

16         Q.    But you and others at Great Western

17    wanted to make sure that when it got to

18    Germany or wherever its ultimate destination

19    was, that the lids were on properly, and it

20    could be utilized?

21         A.    That's where your stress comes in,

22    check every case, tighten the lids up.  Your

23    employees don't want to be doing that.  We are

24    shipping quite a bit of stuff out of there.

1   We don't have time to do that.  We done the

2   best we could.

3        Q.   That's what you were being instructed

4   is to check all of the cases and make sure?

5        A.   Yes.

6        Q.   It was putting added work on you and

7   your staff to do these checks to make sure the

8   pepper lids were properly on there, and that

9   they would get to the customers appropriately?

10       A.   Right.

11       Q.   What is your complaint about what the

12  company did with respect to the pepper lids

13  then?

14       A.   There was no response.  The pepper

15  still came in like same way.  It was never

16  resolved.  There was nothing done about it.

17       Q.   So, Mr. Franklin didn't do what he

18  was supposed to do with the vendors to make

19  sure this problem didn't keep occurring as far

20  as you know?

21       A.   Evidently not, as far as I know he

22  didn't.

23       Q.   Other than not being able to cure the

24  problem with the vendors, is there anything

1    else that the company did or didn't do that

2    you disagreed with as it relates to these

3    jalapeno peppers?

4        A.    He would take a pallet of them off,

5    and if you have one that's busted, it slides

6    all over the place, you can get your employees

7    hurt with the fork trucks.    That was one of my

8    complaints.

9        Q.    Who would you make that complaint to?

10        A.    Rocky, everything went back on Rocky.

11        Q.    Rocky would say he had to fix that

12    problem with the vendors?

13        A.    Uh-huh.

14        Q.    You need to say yes or no.    I keep

15    telling you that.    I am sorry.

16        A.    He would say yes, I need to take care

17    of that.

18        Q.    Did you ever talk with Mr. Roese

19    about this problem?

20        A.    Bob was aware of the problem.

21        Q.    That wasn't my question.    Did you

22    ever talk to Mr. Roese about the problem?

23        A.    Yes.

24        Q.    Tell me about your conversation with

1      A.    I think Reg was aware of the peppers

2  too.  There wasn't too much communication with

3  me and Reggie.

4      Q.    You don't recall anything specific

5  that you would discuss with him?

6      A.    No, no, they would pass it onto

7  Rocky.  He would say talk to Rocky about it.

8      Q.    Anything else about the jalapeno

9  peppers we haven't talked about that was a

10  problem?

11      A.    Other than the lids coming off and

12  the leakage, seepage out of the jars, the box

13  would get wet.  It wasn't suitable for

14  shipment.

15      Q.    Anything else though?

16      A.    No.

17      Q.    You have also made an allegation in

18  your lawsuit, Mr. Burrus, about some cheese

19  that had been returned by a customer.  I

20  believe you claim this occurred sometime

21  around November of 2002.  Do you recall?

22      A.    That cheese expired in December of,

23  right at the end of the year.  You would get a

24  customer that would order a pallet, and it

1    would expire like a month to two months later.

2    They would return it to our facility.

3        Q.    Is there a specific incident that you

4    remember when that occurred?

5        A.    Oh, yeah, there was many, many

6    incidents where I can tell you the item

7    number.  I can tell you what type of cheese it

8    was, where it came from.

9        Q.    Let me do this.  In your complaint

10   you allege that in November, 2002 and I will

11   quote, Plaintiff's warehouse received some

12   cheese, which was being sent back from a

13   customer.  I will go on to quote the next

14   paragraph, paragraph 12 of your complaint, the

15   expiration date which appeared on the cheese

16   label had lapsed.  Then go on to paragraph 13,

17   and I will quote, rather than destroying the

18   cheese, Plaintiff was told that new labels

19   would need to be obtained from the cheese

20   manufacturer so that the cheese could be

21   relabeled with new expiration dates so that it

22   would appear to be fresh cheese.

23       A.    That is true, yes.

24       Q.    Who was the customer that sent back

1       that cheese in November of 2002?

2           A.      Numerous of them.

3           Q.      So, there were more than one?

4           A.      Regal Distributing, Springfield,

5       Missouri, Marjack Company.

6           Q.      This is all in November of 2002?

7           A.      I am not going to say it is all in

8       November.   I can't recollect all of the dates.

9       November was pretty darn close because it

10      expired December.

11          Q.      So, it expired in December of, the

12      following month in December?

13          A.      Right.

14          Q.      The expiration had not lapsed at that

15      point?

16          A.      Not at that point, no.

17          Q.      Any other customers that you can

18      recall that would have sent back cheese

19      because the expiration date was getting short?

20          A.      Some would send it back, and it had

21      already been expired.   Now, to my knowledge do

22      they hold it in their warehouse or what, I

23      don't know.

24          Q.      Wouldn't you know from your shipping

1    records?

2        A.    Well, it could have come from

3    Hollywood, Alabama.

4        Q.    Tell me about this incident that you

5    allege in your complaint where cheese is sent

6    back and new labels are obtained.  With

7    respect to what customer did that occur?

8        A.    That was with Rocky, purchasing

9    telling me we are going to get you some

10   labels.  That the cheese is still good.  That

11   is a misprint on Gil's part.

12       Q.    Who is Gil?

13       A.    That was the distributor in

14   Germantown, Wisconsin on the cheese.  They

15   claim that that lot number, they had put the

16   wrong date on the box, and that the cheese was

17   still good.  But yet on the box the expiration

18   date was expired.

19       Q.    Did Rocky then get new labels from

20   Gil?

21       A.    I never got no labels.  We basically

22   refused it.  My people in the shipping area

23   refused it.  We wasn't going to relabel cheese

24   that says it was expired.

1  Q. Did you ever talk to Gil?

2  A. No, that wasn't my, I never had

3 access to them.

4  Q. So, when Rocky said I will get you

5 some new labels, what did you tell him?

6  A. I just said, well, whatever. I never

7 seen the labels, and I never attempted to

8 relabel any cheese because I wasn't going to.

9 We had to relabel. We relabeled some that was

10 for Germany with a different language. I

11 can't speak German. I don't read German. I

12 don't know.

13  Q. I want to continue to focus on this

14 one where Rocky said he would get you some new

15 labels. He never got you the labels, and it

16 was a non-issue after that?

17  A. I was probably gone after that.

18  Q. Did you ever relabel any cheese?

19  A. Yes, we relabeled cheese. We put

20 labels for Camacho Saidora in Mexico. We had

21 to put a label on that.

22  Q. Did you ever relabel as it relates to

23 the expiration date of the cheese?

24  A. Not to my knowledge, no, I didn't

1    because it basically was stamped on there with

2    a stencil.  They might have, even was going to

3    send new boxes that had it stenciled on there,

4    and you take the bags, four bags out, and put

5    them in, and then hot glue it with the glue

6    gun.

7        Q.    But that never occurred?

8        A.    Not when I was there, no.

9        Q.    Did you ever tell Rocky or anybody

10   else that you weren't going to do that?

11       A.    That I wasn't going to relabel

12   cheese?

13       Q.    Yes, sir.

14       A.    I wasn't going to relabel no cheese.

15       Q.    That's not my question, Mr. Burrus.

16   My question is did you ever tell Rocky that

17   you were not going to relabel any cheese?

18       A.    No, no.

19       Q.    Did you ever tell anybody else that?

20       A.    Well, yeah, my employees.

21       Q.    The people underneath you?

22       A.    Yes, they agreed that they wasn't

23   going to do it either.

24       Q.    You just ignored it, and the problem

1    cheese, his discussion with me was to talk to

2    Rocky Franklin.

3        Q.    You get the cheese back from the

4    customer, and Bob says talk to Rocky, see what

5    he wants to do?

6        A.    Right.

7        Q.    That's the only discussion that you

8    had with Mr. Roese about the cheese?

9        A.    Yeah.

10        Q.    Did you talk with anybody else at

11    Great Western about this cheese?  You didn't

12    talk to Mr. Bryant.  You told me what you

13    talked with Bob Roese about, and you told me

14    your discussion with Rocky Franklin.  Did you

15    talk with anybody else at Great Western about

16    this cheese issue?

17        A.    Trish Hardick.

18        Q.    Who is Trish Hardick?

19        A.    Hardick I believe her name is.  They

20    change so many people down there.  It is

21    always somebody different and Mary Smith.  She

22    was customer service.

23        Q.    Let's take Trish Hardick first.  What

24    was your discussions with Trish about the

1    cheese?

2        A.    She said that we have a lot.  We have

3    overstocked ourselves on this cheese, and you

4    are going to have a lot coming back.  She

5    wasn't aware of no relabeling.

6        Q.    What about with respect to any

7    discussions with Mary Smith?

8        A.    The same with Mary, Mary was just

9    Mary.

10       Q.    All your discussion with them was

11   gee, we have overstocked it?

12       A.    Not gee we -- they did.

13       Q.    Somebody overstocked the cheese, and

14   you are, you should expect to get a lot back?

15       A.    Expect to get a lot of it back, yes.

16       Q.    But other than that you didn't have

17   any other discussions with anybody else at

18   Great Western about this cheese issue?

19       A.    Just purchasing and customer service.

20       Q.    And purchasing is Rocky?

21       A.    Right.

22       Q.    I take it you didn't report to Rocky.

23   He wasn't your boss?

24       A.    No.  He done all of the ordering of

 1    was mine, like having Bob Miller do my cycle
 2    counts.
 3        Q.    Who was taking away any job tasks
 4    that were yours?
 5        A.    Bob Roese.
 6        Q.    What did Bob Roese take away from you
 7    when he became your supervisor?
 8        A.    My employees.
 9        Q.    How did he take away employees?
10        A.    Would call in one of my employees,
11    ask him questions instead of me.
12        Q.    What employee did Bob Roese call in
13    to ask questions?
14        A.    All of them, Bob Miller, Pierre, Paul
15    Latch, Beverly, start having Misti, start
16    communicating with the trucks coming in and
17    out, setting up the loads, stuff like that,
18    job tasks that used to be mine.
19        Q.    Bob was involved in those?
20        A.    Yeah.
21        Q.    Did you voice any disagreement about
22    that?
23        A.    There wasn't nothing I could do.  I
24    had to go with the flow.

1        A.    Yeah, like evaluations and stuff like

2    that.  I do evaluation on my employees for a

3    pay increase.  He evaluated Bob Miller, which

4    I have no knowledge of whatsoever.  Bob comes

5    up, he gets a dollar raise on his check.  Paul

6    is sitting right next to him, didn't like it a

7    bit.  Paul comes back on me.  Therefore, they

8    lose leadership in me.

9        Q.    Did you discuss this with Mr. Roese?

10       A.    Yeah.  I walked in and talked to him.

11   I said did you evaluate Bob.  He said yeah.  I

12   said well, he got a dollar an hour increase.

13   Well, good for him.  That's what was said.

14       Q.    That was all of the discussion on it?

15       A.    That was all of the discussion.  At

16   the same time when you got another guy that

17   had not got a raise yet, was due for a raise

18   when the agreement him being hired that he

19   would be evaluated for a raise, and never got

20   one, that's when your employees start going

21   against you then.

22       Q.    So, did you bring that to Mr. Roese's

23   attention to try to remedy that situation?

24       A.    Yeah.

1    that we had from the labor ready plus the

2    other employees that I had hired part-time,

3    and I met my goal of what the man wanted.

4        Q.    Of what Mr. Bryant wanted?

5        A.    Yes.

6        Q.    But he was no longer your supervisor

7    at this point?

8        A.    No, at this point I think he was,

9    like I said he said I am down here in

10   Hollywood, and I have other things that I am

11   taking care of, which I state in my letter

12   here, which I apologize to Scott for calling

13   on a matter that Reggie and I should have

14   handled, and he didn't, but in your company

15   policy it says if you can't get through to

16   your manager, to call your president, which

17   when I called Scott, it upset Reggie.

18       Q.    So, you are apologizing for that,

19   right?

20       A.    Yes.    I apologized to him in the

21   letter, not personally, but on the phone.

22   There was an accusation made that, it ain't

23   stated in this letter here, he said I should

24   have come down and fired you then.    This was

1    way before.  He got mad.  He said when you

2    called Scott Martin, I should have come down

3    and fired you then.

4        Q.    Because you went around the chain of

5    command?

6        A.    Because I went around the chain of

7    command.

8        Q.    He didn't like that?

9        A.    He didn't like that.

10        Q.    If you have a problem, you were

11    supposed to address it with him.  That was his

12    viewpoint?

13        A.    But the company policy we got showed

14    that I had to go to the president of the

15    company and talk to him about it.  His

16    response was oh, you didn't like Reggie's

17    answer.

18        Q.    Now, at the time that Mr. Roese took

19    over as your manager, you and he sat down and

20    sort of hammered out some ideas for things you

21    ought to be doing, right?

22        A.    Right.

23        Q.    That's when you said you came up

24    with, he helped you come up with these

1    Q.    Were you just at the facility for a

2    short time just to sign this document, then

3    you left?

4    A.    Yes.

5    Q.    Why did you resign, Mr. Burrus?

6    A.    I felt that I was being pushed out of

7    the plant.  This is what they wanted me to do,

8    that they pushed me to my limits.

9    Q.    When you say being pushed out of the

10   plant, what do you mean?

11   A.    Well, where, we go back to the letter

12   here, where the people ain't happy with me.

13   They have lost respect towards their

14   supervisor.

15   Q.    So, you resigned because people    .

16   weren't happy with your performance?

17   A.    I figured I was going to be out the

18   door anyway.  So, I figured on the record it

19   would be better to resign than get fired for

20   future job applications.

21   Q.    Why did you think you were going to

22   be fired?

23   A.    The way everything was coming down on

24   me.

1    room for it.

2        Q.    Did you have the impression that Mr.

3    Roese wasn't pleased with the way the Shipping

4    Department was being run by you?

5        A.    Definitely, yeah, I sure did.

6        Q.    What else leads you to that

7    conclusion?

8        A.    Like I say, taking my employees in

9    his office, and talking to them.  And having

10    Bob Miller do cycle counts when it states that

11    it is my job to do cycle counts.  Then for

12    them to come back and say that when Bob was

13    doing the cycle counts, if they wasn't

14    sufficient enough, that it would come back on

15    me.  The 169 complaints here, that they

16    couldn't show me 169 complaints when I called

17    Trish, which I had the right to, and say

18    Trish, what's going on here.  She tells me

19    Greg, I hardly have any complaints out of you.

20    You run a pretty tight ship.  It is the people

21    down here in Hollywood screwing up.  But in

22    this letter here it states that Assumption had

23    a tremendously large amount of complaints, 169

24    complaints.

1      Q.    What was that attitude towards you?

2      A.    Just poor, very poor.

3      Q.    In what way?

4      A.    Just about the same way with Reggie,

5    no communication, not really wanting to fill

6    me in on what's going on.

7      Q.    Did he ever say anything to you that

8    gave you the impression that he didn't like

9    you?

10      A.    Oh, not really, but around probably

11    other people, which I don't want to mention

12    their names right now because that's part of

13    my defense that I am going to use.

14      Q.    You're going to have to explain to me

15    what you mean by other people.

16      A.    I had a person come up and say I

17    think Bob Miller is trying to take your job.

18      Q.    Who came up and told you that?

19            MR. WILSON:   Tell him.

20      A.    Beverly Beck.

21      Q.    When was that?

22      A.    That was probably around December.

23      Q.    What else did she say, Miss Beck?

24      A.    Basically that.

1        Q.    I think Bob Miller is trying to take
2    your job.  What did you say in response?
3        A.    I said well, I don't know, maybe he
4    is.
5        Q.    What did she say?
6        A.    What did I say?
7        Q.    No, what did she say then, anything?
8        A.    She said look, Bob Miller is kind of
9    doing your job now.
10       Q.    Was that the end of it?
11       A.    The response to when I would have Bob
12   do something, he wasn't going to listen to me.
13   He knew that the person higher up than him is
14   going to take care of him no matter what I
15   said.
16       Q.    Mr. Burrus, I asked you a question
17   earlier about what gave you the impression
18   that Bob Roese didn't like you, and you said
19   well, what other people told me, and then you
20   told me what Miss Beck told you that she says
21   I think Bob Miller is trying to take your job.
22   What, if anything else, did you hear from
23   anyone that would indicate to you that Mr.
24   Roese didn't like you for some reason?

1    foundation, calls for speculation.

2    Q.    Because this is a discovery

3    deposition, if Counsel makes an objection, you

4    can go ahead and answer the question, and we

5    will let the judge sort that out, but are you

6    familiar with Hollywood, or excuse me, with

7    Defendant's shipping operations?

8    A.    In Hollywood, Alabama?

9    Q.    First the company as a whole, are you

10   familiar with where products go from your

11   warehouse, and how they end up in the

12   customer's hands?

13   A.    Yeah.

14   Q.    If the folks at Hollywood, at the

15   Hollywood facility hadn't sent the corn back

16   to Assumption, would it have been sent onto

17   Defendant's customers?

18        MR. GIVEN:    Objection, lacks

19   foundation, calls for speculation.

20   A.    Yeah.

21   Q.    You were asked some questions about

22   peppers with loose lids.    Do you recall those

23   questions?

24   A.    Right.

1    Q.    Do you know how long it takes for a

2    jar of peppers that leaves your facility or

3    leaves Defendant's facility in Assumption to

4    get to Germany?

5        A.    It could take a couple months.

6        Q.    Were you concerned that the lids on

7    those jars of peppers would come off during

8    shipment?  Once they come off, they get air,

9    and it would be contaminated food?

10       A.    Which you can come back on the

11   shipper for shipping contaminated food.

12       Q.    You testified that Bob Roese and

13   others told you to handle the problem with

14   lids by having your staff check the lids, is

15   that correct?

16       A.    Yes.

17       Q.    I believe you testified that you

18   opened one jar, and test it, and then if it

19   tasted okay --

20       A.    They all had a taste test.  Bob Roese

21   was aware of that.  There was, I have five

22   people's names that was tasting.

23       Q.    Going through and checking the jars

24   of peppers, was that extra work for you and

 1    your staff?

 2         A.    Yes.

 3         Q.    Did Great Western hire any extra

 4    people to help you perform this extra job?

 5         A.    No.

 6         Q.    When you first started with Great

 7    Western, how many subordinate employees did

 8    you have?  How big was your staff?

 9         A.    I had two, I believe.

10         Q.    Did you ever have seven employees

11    working for you?

12         A.    Yes.

13         Q.    When was that?

14         A.    That was whenever we had to get

15    things straightened up with the cleanliness,

16    and get up to par with the Food and Drug.

17         Q.    Was your staff subsequently cut down

18    to three people?

19         A.    Yes.

20         Q.    At the time that you were asked to

21    check the lids on the peppers, did you

22    consider your staff to be underworked,

23    overworked, or have the appropriate amount of

24    work?

1    A.    It was probably actually overworked

2  having to do that and pull their orders.

3    Q.    You were asked some questions about

4  some cheese with expired labels.

5    A.    Right.

6    Q.    I believe you testified that you and

7  your staff refused to relabel cheese when the

8  original label said the cheese was expired.

9  Do you recall that?

10    A.    I was told that there would be labels

11  being sent to me, which we never did get the

12  labels.

13    Q.    Why would you refuse to relabel the

14  cheese?

15    A.    For the health of others.

16    Q.    When Rocky Franklin told you that he

17  would send you new labels, what did you say to

18  Mr. Franklin in response?

19    A.    If the cheese is expired -- he

20  claimed that the lot number was wrong, like we

21  discussed, saying that the cheese is still

22  good, that's a misprint on the box.

23    Q.    Did you ever suggest to Mr. Franklin

24  that it was inappropriate to relabel expired

1      A.    Great Western Products, Bob Roese.

2      Q.    Was that document posted at the Great

3  Western warehouse?

4      A.    It was by the time clock at the

5  board.

6      Q.    So, it was posted at the Assumption

7  facility?

8      A.    Yes.

9      Q.    And is that where you saw that

10  letter?

11      A.    Yes.

12      Q.    That letter, when is that letter

13  dated?

14      A.    December 26th, 2002.

15      Q.    Prior to December 26th, 2002 had you

16  noticed a problem with the warehouse racks?

17      A.    Yeah.

18      Q.    Had you looked into having the racks

19  repaired prior to December 22nd, 2002?

20      A.    Yeah.

21      Q.    And did you get quotes for the cost

22  of repairing the racks?

23      A.    Yes, I did.

24      Q.    Did you send those to Reg Bryant?

1        A.    Yes, I did.

2        Q.    Were the rack repairs before or after

3    Defendant received that letter from OSHA?

4        A.    After.

5        Q.    You were asked some questions about

6    Plaintiff's, I am sorry, about Exhibit Number

7    One.  You testified in regard to the first

8    sentence of the second full paragraph in which

9    there is an assertion that Great Western

10   Products has received 169 customer complaints

11   concerning shipments received from Assumption.

12   I believe you testified that you -- did you

13   call somebody to see if that was true?

14       A.    I called Trish Hardick.

15       Q.    Did she tell you -- what did she tell

16   you?  First, excuse me, I am sorry, what did

17   you ask her?

18       A.    I wanted to know why I wasn't aware

19   of all these complaints.

20       Q.    What did she tell you?

21       A.    She said Greg, I don't have but maybe

22   six or seven on you, and what they are, they

23   are cheese complaints of expired cheese.

24       Q.    Did she tell you how many complaints

1    she had regarding --

2         A.    She said maybe a handful.

3         Q.    Let me finish the question.

4         A.    Okay.

5         Q.    Did she tell you where the rest of --

6    did she tell you if she had any complaints

7    regarding Defendant's Hollywood facility?

8         A.    A lot.

9         Q.    Did she indicate whether she had more

10   for the Hollywood facility than the

11   Assumption?

12        A.    A lot more from Hollywood.

13        Q.    You stated that you spoke to Bob

14   Roese about the assertion that there had been

15   169 customer complaints.

16        A.    Uh-huh.

17        Q.    I believe you stated that his

18   response was he would like to see those

19   complaints also?

20        A.    Yes.

21        Q.    If you know, or as far as you know

22   did Mr. Roese ever follow up on that and try

23   to make those alleged 169 complaints available

24   for your inspection?

1           A.    He tried.

2           Q.    Did he ever find any 169 complaints

3     if you know?

4           A.    No.

5           Q.    You were asked some questions about

6     Exhibit Number Five.  There was some testimony

7     regarding the first paragraph of that exhibit

8     in which Mr. Roese asserts his concerns that

9     your subordinates may not be happy with you.

10          A.    Uh-huh.

11          Q.    Had any of your employees approached

12    you with any complaints about your job

13    performance?

14          A.    No.

15          Q.    Had you ever heard any of your

16    employees tell Mr. Roese or any other

17    individual that they were unhappy with you?

18          A.    No, I didn't.

19          Q.    You testified that during the meeting

20    on February 11th, 2003, allegedly memorialized

21    in Exhibit Five, that you were asked to bring

22    the morale of your employees up.

23          A.    Uh-huh, make them happier.

24          Q.    Were any of your staff having

1    personal problems at this time that you were

2    aware of?

3        A.    Yeah.

4        Q.    Do you know, was it your opinion as

5    their supervisor that these personal problems

6    were being brought to the workplace and

7    affecting their morale?

8            MR. GIVEN:  Objection, lacks

9    foundation, calls for speculation.

10       A.    Yes, they was.  Beverly was having a

11   lot of trouble with, which was supposed to be

12   my assistant, with health reasons, all kinds

13   of stuff.

14       Q.    How did you become aware of the

15   personal problems of your subordinate

16   employees?

17       A.    They talk to me about it.

18       Q.    Did they ever tell you that it was

19   affecting them at work?

20           MR. GIVEN:  Objection, leading.

21       A.    Yes.  Beverly missed quite a bit of

22   work over it.

23       Q.    By February 11, 2003 had the workload

24   being assigned to your staff increased any as

1    compared to six months prior to February 11th,

2    2003?

3        A.    Yes.

4        Q.    Was that affecting their morale, if

5    you know, or did any of your employees or

6    subordinates indicate to you whether they were

7    satisfied or dissatisfied with the increased

8    workload being assigned them?

9        A.    They wasn't satisfied with all of the

10   other job procedures that they had to do, and

11   still pull loads, and try to rotate their

12   stock when there wasn't enough room in the

13   facility to do that.

14       Q.    Did they complain to you about this?

15       A.    Well, yeah.

16       Q.    You testified that, you stated, you

17   testified that you felt that you would be

18   unable to raise your employees' morale because

19   of what Bob Roese was telling them, and he was

20   giving them raises, is that accurate?

21       A.    Bob evaluated the employees, which

22   would have been my job, and they probably

23   figured that we will look over Bob, and

24   basically is what I tried to explain awhile

1    ago, yeah.

2        Q.   Did you feel that Bob Roese was

3    trying to make you look bad to your

4    subordinates?

5        A.   Yes, I do.

6        Q.   Do you feel that he was trying to

7    make it more difficult for you to do your job?

8            MR. GIVEN:  Objection, leading.

9        A.   Yes, I do.

10       Q.   You were asked if Mr. Roese ever

11   threatened to fire you.  When he told you on

12   February 11th, 2004 that if you didn't figure

13   out a way to raise your employee morale, that

14   he knew a way to do it, how did you take that

15   comment?

16           MR. GIVEN:  Objection, lacks

17   foundation, lacks facts not in evidence, and

18   calls for speculation, also leading.

19           MR. WILSON:  It is not leading, the

20   facts are in evidence, but I am not going to

21   argue the motion, and we will let the judge

22   handle that.  I felt I had to respond to such

23   a long objection.

24       Q.   Go ahead, and you can put your answer

1       in if you would.  How did you take that?

2           A.    I took it personally.

3           Q.    When he said he knew a way to do it,

4       what did you think he meant?

5           A.    To take and put me in a different

6       position maybe, or eliminate me, or give

7       somebody else my position.  That's the way I

8       believed it.  He had a way of resolving it.

9           Q.    You were asked about retaliation.  Do

10      you have any belief that the folks at Great

11      Western wanted you out of the company because

12      you had refused to relabel the cheese?

13          A.    To a certain extent, yeah.

14          Q.    Do you believe that the folks at

15      Great Western wanted you out because you had

16      refused to repackage corn, the corn that had

17      been infested with weevils?

18              MR. GIVEN:  Objection, leading.

19          A.    It wasn't my job to repackage the

20      corn.  I was the shipper.

21          Q.    Well, that wasn't my question.  Do

22      you feel that the fact that you had refused

23      Phil Uphoff's instruction?

24          A.    Yes, I think that put a grudge

1    against him and me, I sure do.  He was up

2    there in the company with them.

3        Q.    Did you ever have a belief that the

4    folks at Great Western suspected you were the

5    individual who wrote the letter to OSHA?

6            MR. GIVEN:  Objection, leading.

7        A.    To a certain extent, yeah, I do, I

8    really do.  Like the complaints on the

9    chemicals on the grain bins, like me putting

10   the corn in the trailer that's being gassed

11   with fox toxin when I ain't certified to do

12   that.

13       Q.    Do you believe the folks at Great

14   Western wanted you out because they believed

15   that you might have been the person who turned

16   them into OSHA?

17           MR. GIVEN:  Objection, leading, lacks

18   foundation.

19       A.    Not the Hollywood branch, but I

20   believe the Assumption.

21           MR. WILSON:  That's all that I have.

22           MR. GIVEN:  Well, Mr. Burrus,

23   sometimes as the case that creates some

24   questions on my part.