E-FILED
Wednesday, 08 December, 2004  01:08:43 PM
Clerk, U.S. District Court, ILCD

Greg Burrus

01-02-03

Greg,

Great Western Products operates in a Global economy where the demands of our customers are more and more difficult to meet. Our customers demand quality products, quality service and increasing value. The challenge confronting our team is the desire by the company to enhance customer service and satisfaction by improving distribution.

The variety of task to be handled by distribution will continue to increase. Special packaging, unitizing, labeling, and kitting traditionally thought of, as a manufacturing process will be handled by distribution at a minimum cost. The warehouse in Assumption must be prepared to become more flexible and adaptable to these request.

Accountability for performance in distribution must be increased. Distribution management must establish standards, identify opportunities for improvement, measure performance, and take action to assure continuous distribution improvement. The entire distribution function must realize that productivity must be increased. The option of maintaining the status quo is totally unacceptable. Leadership is the ability to define what happens in distribution not just responding to what has happened. Productivity and proactivity pursues continuous improvement then true distribution excellence may be achieved.

Based on information received from our customers the Assumption warehouse has a tremendous amount of improvement to achieve in 2003. Customers drive the business of distribution, but performance depends on distribution people.

Greg we must see a decrease in customer complaints, a reduction in operating cost, improved productivity, and increase quality from our Assumption warehouse.

This review covers process we will put in place in 2003 to meet these goals.


Reg Bryant
Operations Manager
Great Western Products


EXHIBIT NO. 3
S. HAINES 7/7/04