**E-FILED**
Wednesday, 08 December, 2004  01:10:03 PM
Clerk, U.S. District Court, ILCD

**U.S. Department of Labor**        Occupational Safety and Health Administration
2918 Willow Knolls Road
Peoria, Illinois  61614

(309) 671-7033
FAX: (309) 671-7326



December 26, 2002

Bob Roese
Great Western Products Company
2047 E 1350 North Rd
Assumption, IL 62510

Re:    Great Western Products Company
       Complaint No. 204020416

Dear Mr. Roese:

On December 23, 2002, the Occupational Safety and Health Administration (OSHA), received a notice of safety and health hazards at your worksite at 2047 E 1350 North Rd, Assumption, IL. We notified you, by telephone, of these alleged hazards on December 26, 2002. The specific nature of the alleged hazards is as follows:

1.    In the Chemical Room, employees are exposed to fire because there are no means of fire prevention in the room.

2.    In the Chemical Room, employees are exposed to spilled chemicals on the floor.

3.    In the Warehouse, employees are exposed to falling materials because the racks are broken.

4.    In the Production Room, product and materials congest the floor preventing fork lifts from operating safely around employees.

5.    In the Mixing Room, employees are exposed to slips, trips, and falls due to chemicals spilled on the floor.

6.    At the Grain Bins, employees are exposed to chemicals that are sprayed on the corn.

We have not determined whether the hazards, as alleged, exist at your workplace; and we do not intend to conduct an inspection at this time. However, since allegations of violations and/or hazards have been made, we request that you immediately investigate the alleged conditions and make any necessary corrections or modifications. Please advise me in writing, no later than **January 3, 2003**, of the results of your investigation. You must provide supporting

documentation of your findings, including any applicable measurements or monitoring results, and photographs/video which you believe would be helpful, as well as a description of any corrective action you have taken or are in the process of taking. Please FAX us your response if possible, addressed to Peggy A. Zweber, Area Director, at (309) 671-7326.

This letter is not a citation or a notification of proposed penalty which, according to the OSH ACT, may be issued only after an inspection or investigation of the workplace. It is our goal to assure that hazards are promptly identified and eliminated. Please take immediate corrective action where needed. We encourage employee participation in investigating and responding to any alleged hazard. **If we do not receive a response from you by January 3, 2003 indicating what appropriate action has been taken or that no hazard exists and why, an OSHA inspection will be conducted.** An inspection may include a review of the following: injury and illness records, hazard communication, personal protective equipment, emergency action or response, bloodborne pathogens, confined space entry, lockout, and related safety and health issues.

Please note however, that OSHA selects for inspection some cases where we have received letters in which employers have indicated satisfactory corrective action. This is to ensure that employers have actually taken the action stated in their letters.

If you need assistance to help resolve the issues of this complaint, the State of Illinois offers a free OSHA consultation service. If required, a consultant will visit your workplace and assess the validity of the complaint item(s). In addition, you will be provided with methods of correcting the hazard, if necessary. This service is provided on a priority basis to small, high hazard employers. To discuss or request the services, call or write your Illinois consultation project at the following address:

> On-Site Consultation
> Illinois Department of Commerce
>   and Community Affairs
> 100 West Randolph Street, Suite 3-400
> Chicago, IL 60601
> 1-800-972-4216

You are requested to post a copy of this letter where it will be readily accessible for review by all of your employees and return a copy of the signed Certificate of Posting (Attachment A) to this office. In addition, you are requested to provide a copy of this letter and your response to it to a representative of any recognized employee union or safety committee if these are at your facility. Failure to do this may result in an on-site inspection. The complainant has been furnished a copy of this letter and will be advised of your response. Section 11(c) of the OSH Act provides protection for employees against discrimination because of their involvement in protected safety and health related activity.

If you have any questions concerning this matter, please contact the Peoria Area Office at 2918 Willow Knolls Road, Peoria, IL. Your personal support and interest in the safety and health of your employees is appreciated.

Sincerely,

for Peggy A. Zweber
Area Director

jbs