Paul Latch
    Bob Miller
    Darrell Bilyou
*they all saw the fax to Greg Burrus from Rocky Franklin (Greg does not have a copy of this fax)

INTERROGATORY NO. 18: In Paragraph 18 of the Complaint you allege that you "had complained about safety issues posed by the warehouse racks prior to the filing of the O.S.H.A. complaint." With respect to such allegation, identify the individual(s) to whom [you] allegedly complained."

ANSWER:

I complained to Bob Rose (Plant Manager at Great Western). I did not contact the O.S.H.A.

Jeff at Pin Neal Fork Lift Service came in to gave Greg a price to fix the rack. There was a verbal conversation between Bob, myself and the other warehouse employees, Bev Beck, Paul Latch, Bob Miller and Darrell Bilyou.

INTERROGATORY NO. 19: In Paragraph 24 of the Complaint you allege that you were "told that [you] would not be receiving a raise and it was suggested to [you] that [you] would be fired.' With respect to this allegation, identify the individual(s) who allegedly suggested this to you.

ANSWER: Reg Bryant suggested this to me in a phone conversation. He stated "I should come and fire you today for contacting Scott Martin, president of the company."

Additionally, during a February, 11, 2003 meeting Bob Roese informed me that I would not be receiving anticipated raise (promotion to salaried position) and made statements made to me suggesting that he would handle issues in the warehouse by having me fired.