# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**GREG BURRUS**

vs.                                    Case Number:   **03-3225**

**GREAT WESTERN PRODUCTS CO.**

[ ]  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott: Defendant, Great Western Products Company's motion for summary judgment is granted. Case closed. Judgment entered in favor of Defendant, Great Western Products Company and against Plaintiff Greg Burrus.--

ENTER this 10th day of January, 2005

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK