**PLEASE MAKE CHECKS PAYABLE TO:**
Sandra K. Haines, CSR
2601 South Spresser Street
Taylorville, Illinois 62568
(217)824-8558

# INVOICE

Number: 07-12-04-SH-3

Date: 7-12-04

**Bill To:**

Mr. David A. Given
Baker & Daniels
300 N. Meridian Street
Suite 2700
Indianapolis, IN  46204

**Taxpayer I.D. Number: 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**

| Date taken | Description | Pages/Hours | Rate | Amount |
|---|---|---|---|---|
| 7-7-04 | Original of the deposition of Greg Burrus | 215 | 2.35 | $ 505.25 |
|  | Appearance fee | 5 | 20.00 | $ 100.00 |
|  | Postage |  |  | $ 3.85 |
|  | In Re: Greg Burrus -vs- Great Western Products Company |  |  |  |
|  | Your client: Great Western Products Company |  |  |  |

| Total | $ 609.10 |
|---|---|

Thank you
We appreciate your business
Sandra K. Haines, CSR
Haines Court Reporting

IMPORTANT:  Please refer to the
Invoice Number or return payment with
a copy of the invoice.  Thank you.