**E-FILED**
Thursday, 13 January, 2005  02:36:58 PM
Clerk, U.S. District Court, ILCD

*Itemization of Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case*

| July 7, 2004 | Deposition of Plaintiff, Greg Burrus | $609.10 |
|---|---|---|
| **Total** | | **$609.10** |

A copy of the Court Reporter's invoice is attached.

INIMAN2 915559v1

*Itemization of Fees for exemplification and copies of papers necessarily obtained for use in case*

| 2/04/2004 | Copying Costs (Discovery documents obtained from Illinois Department of Employment Security ("IDES") | $12.50 |
|---|---|---|
| 6/24/2004 | Copying Costs (Documents produced to Plaintiff) | $15.00 |
| 7/6/2004 | Copying Costs (Copies of exhibits and other documents used at Plaintiff's deposition) | $35.55 |
| **Total** | | **$63.05** |

Copies (except those documents obtained from IDES) were charged to Great Western Products, Co. at $0.15 per page.