UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREG BURRUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 03-3225 |
| ) | |
| GREAT WESTERN PRODUCTS CO. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S BRIEF IN SUPPORT OF BILL OF COSTS**

On January 7, 2005, the District Court granted Defendant Great Western Products Company, Inc.'s ("Great Western") Motion for Summary Judgment and entered final judgment in favor of Great Western and against Plaintiff, Greg Burrus. Great Western respectfully submits this brief in support of its Bill of Costs filed concurrently herewith.

**Applicable Law**

Under Rule 54(d) of the Federal Rules of Civil Procedure "costs shall be allowed as of course to the prevailing party unless the court otherwise directs." A prevailing party is the party "who prevails as to the substantial part of the litigation." Testa v. Village of Mundelein, Ill., 89 F.3d 443, 447 (7th Cir. 1996). Under 28 U.S.C. § 1920, costs to be awarded include "(2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case; . . . [and] (4) Fees for exemplification and copies of papers necessarily obtained for use in the case."

If a cost is listed in Section 1920, a presumption exists that it will be taxed. Endress & Hauser, Inc. v. Hawk Measurement Systems Pty. Ltd., 1996 WL 172995 (S.D. Ind. 1996).

-2-

Because court reporter fees and copying costs are listed in Section 1920, there is a presumption that they are to be taxed.

Once a statutory basis for taxing costs has been established, the issues are whether the cost was "reasonably necessary to the conduct of the litigation and [whether] the amount of the cost is reasonable." State of Illinois v. Sangamo Construction Co., 657 F.2d 855, 864 (7th Cir. 1981). The costs of deposition transcripts have been held to be reasonably necessary to the preparation of the defendant's summary judgment motion. Cengr v. Fusibond Piping Systems, Inc., 135 F.3d 445, 455 (7th Cir. 1998) (the costs of depositions and depositions transcripts of the plaintiff were reasonably necessary to the preparation of the defendant's motion for summary judgment); Voight v. Subaru-Isuzu Automotive, Inc., 141 F.R.D. 99 (N.D. Ind. 1992) (a review of Subaru's motion for summary judgment revealed that plaintiff's deposition was necessary to Subaru's case).

## Great Western is Entitled to the Requested Costs

On July 7, 2004, 2004, Great Western took the deposition of Plaintiff, Greg Burrus. Great Western used this deposition extensively in support of its motion for summary judgment. Great Western also was required to incur various copying charges for copies of papers necessarily obtained for use in connection with its defense of this action.

The costs of the deposition transcript and copying costs are allowable under Section 1920, and because these costs were reasonably necessary to Great Western's defense of this case generally and to its motion for summary judgment specifically, the requested costs should be taxed to Plaintiff.

Respectfully submitted,

GREAT WESTERN PRODUCTS COMPANY, INC.

By:    s/ Thomas H. Wilson

David A. Given
Stuart R. Buttrick
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone No.:  (317) 237-0300
Facsimile:  (317) 237-1000

Thomas H. Wilson
Sorling, Northrup, Hanna
Cullen & Cochran, ltd.
Illinois Building, Suite 800
607 East Adams Street
P.O. Box 5131
Springfield, IL 62705
Telephone: (217) 544-1144
Facsimile:  (217) 522-3173
thwilson@sorlinglaw.com

{S0461288.1  1/13/2005 THW KAV}

-3-

INIMAN2 915560v1

## PROOF OF SERVICE

      I hereby certify that on January 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Bradley B. Wilson
brad@gwspc.com

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

Mr. David A. Given
Baker & Daniels
Suite 2700
300 N. Meridian St.
Indianapolis, IN 46204

      s/_____
      Thomas H. Wilson (Bar #06202141)
      Attorney for (Plaintiff/Defendant)
      Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
      Suite 800 Illinois Building
      P.O. Box 5131
      Springfield, IL 62705
      Telephone: 217/544-1144
      Fax: 217/522-3173
      E-mail: **thwilson@sorlinglaw.com**