E-FILED
Thursday, 13 January, 2005  02:41:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GREG BURRUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 03-3225 |
| | ) | |
| GREAT WESTERN PRODUCTS CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING DEFENDANT'S BILL OF COSTS

Defendant, Great Western Products Company, Inc., having filed its Bill of Costs, and the Court having considered same, hereby approves Defendant's Bill of Costs.

It is, therefore, ORDERED that the Clerk of the Court is to tax costs against Plaintiff, Greg Burrus, in the amount of $_____.

Signed on _____, 2005.

s/ JUDGE
_____
JUDGE, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

{S0461284.1  1/13/2005 THW KAV}INIMAN2 915569v1