AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**GREG BURRUS**                           **AMENDED JUDGMENT**

vs.                                        Case Number:   **03-3225**

**GREAT WESTERN PRODUCTS CO.**

[ ] **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Jeanne E. Scott: Defendant, Great Western Products Company's motion for summary judgment is granted.  Case closed. Judgment entered in favor of Defendant, Great Western Products Company and against Plaintiff Greg Burrus.

2/1/2005 - Judgment is amended to reflect that Defendant, Great Western Products Company is awarded costs in the amount of $672.15.

ENTER this 2nd day of February, 2005

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK